IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY POOLE, | CIVIL DIVISION |
| Plaintiff, | |
| vs. | No. 2:23-CV-01843 |
| COUNTY OF ALLEGHENY, | |
| Defendant. | |

## ORDER

AND NOW, this 22nd day of November, 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's Response and Defendant's Reply, as well as all briefings related thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. In her Amended Complaint, Plaintiff did not allege any facts that would support the application of the equitable-tolling doctrine.

Plaintiff's Amended Complaint is dismissed. As the Court cannot conclude that amendment would be futile, Plaintiff is granted leave to file a Second Amended Complaint. Plaintiff has until December 6, 2024, to file a Second Amended Complaint. If Plaintiff does not file a Second Amended Complaint by said date, the clerk shall mark this case as closed.

BY THE COURT:

_Marilyn J. Horan_, J.
Marilyn J. Horan
United States District Judge